**No. 14-55789**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JAMES A. BADAME AND DIANE M. BADAME,
*Plaintiffs-Appellants*,

v.

JPMORGAN CHASE BANK, NA,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California, No. 2:13-CV-05425 (Anderson, J.)

**UNOPPOSED MOTION FOR CASE TO BE HEARD IN TANDEM WITH**
***DESCHAINE V. INDYMAC MORTGAGE SERVICES*, NO. 14-15345**

| | |
|---|---|
| TERRY ROSS | NOAH A. LEVINE |
| DAVID D. PIPER | ALAN E. SCHOENFELD |
| KEESAL, YOUNG & LOGAN | COLIN T. REARDON |
| A PROFESSIONAL CORPORATION | WILMER CUTLER PICKERING |
| 400 Oceangate | HALE AND DORR LLP |
| Long Beach, California 90802 | 7 World Trade Center |
| (562) 436-2000 | 250 Greenwich Street |
| | New York, NY 10007 |
| | (202) 230-8000 |

April 6, 2015

Defendant-Appellee JP Morgan Chase Bank, N.A. ("Chase") respectfully moves for the above-captioned case ("*Badame*") to be heard in tandem with *Deschaine v. IndyMac Mortgage Services*, No. 14-15345, which is scheduled to be argued at 9 a.m. on June 2, 2015 in Pasadena, California. In its answering brief filed February 20, 2015 in *Badame*, Chase identified *Deschaine* as a related case under Ninth Circuit Rule 28-2.6. In support of its motion, Chase states as follows:

1. The parties in *Deschaine* dispute whether, for purposes of a negligence claim brought under California law, a loan servicer owes a duty of care when processing a loan-modification application. The California courts of appeal are divided on this question, and the parties in *Deschaine* devote considerable attention in their briefs to the proper interpretation of the guiding California precedent, including *Alvarez v. BAC Home Loans Servicing, L.P.*, 176 Cal. Rptr. 3d 304 (App. 2014); *Aspiras v. Wells Fargo Bank, N.A.*, 162 Cal. Rptr. 3d 230 (App. 2013), *ordered not to be officially published*, 2014 Cal. LEXIS 399 (Cal. Jan. 15, 2014); *Lueras v. BAC Home Loans Servicing, LP*, 163 Cal. Rptr. 3d 804 (App. 2013); *Jolley v. Chase Home Finance, LLC*, 153 Cal. Rptr. 3d 546 (App. 2013); and *Nymark v. Heart Federal Savings & Loan Ass'n*, 283 Cal. Rptr. 53 (App. 1991). *See generally* Appellant's Br. 37-45; Appellees' Br. 38-45; Appellant's Reply Br. 13-17.

2. *Badame* presents the question whether, for purposes of a negligence

claim brought under California law, a lender owes such a duty of care when processing a loan-modification application. Like the parties in *Deschaine*, the parties in *Badame* debate the relevance of *Alvarez*, *Aspiras*, *Lueras*, *Jolley*, and *Nymark*. *See generally* Appellants' Br. 27-33; Appellee's Br. 17-32.[1]

3. Because the *Badame* and *Deschaine* cases require this Court to address the same divided California authority, holding argument on the same day before the same panel would serve the interests of judicial economy and avoid the possibility of inconsistent rulings.

4. Counsel for Plaintiffs-Appellants have advised that although they believe the Court should remand *Badame* to state court without reaching the duty of care issue (*see* Appellants' Br. 19-25),[2] they do not oppose Chase's request to have *Badame* heard in tandem with *Deschaine*.

## CONCLUSION

For the foregoing reasons, Chase requests that the Court schedule oral argument to be heard in tandem with *Deschaine v. IndyMac Mortgage Services*, No. 14-15345.

---

[1] Plaintiffs-Appellants' reply brief in *Badame* is due on April 8, 2015.

[2] Chase disagrees that a remand is required. *See* Appellee's Br. 50-59.

                                                                                                        Respectfully submitted.

                                                                                                        /s/ Noah A. Levine

| | |
|---|---|
| TERRY ROSS | NOAH A. LEVINE |
| DAVID D. PIPER | ALAN E. SCHOENFELD |
| KEESAL, YOUNG & LOGAN | COLIN T. REARDON |
| A PROFESSIONAL CORPORATION | WILMER CUTLER PICKERING |
| 400 Oceangate |    HALE AND DORR LLP |
| Long Beach, California 90802 | 7 World Trade Center |
| (562) 436-2000 | 250 Greenwich Street |
| | New York, NY 10007 |
| | (202) 230-8000 |

April 6, 2015

## CERTIFICATE OF SERVICE

I certify that on April 6, 2015, I electronically filed the foregoing Unopposed Motion with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, serving all parties to this appeal with electronic notices through the appellate CM/ECF system.

s/ Noah Levine

Noah Levine
