**FILED**

**APR 29 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES A. BADAME; DIANE M. BADAME, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JPMORGAN CHASE BANK, NA, as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Company, Erroneously Sued As JP Morgan Chase Bank NA, Substituted for Washington National Bank, <br><br> Defendant - Appellee. | No. 14-55789 <br><br> D.C. No. 2:13-cv-05425-PA-FFM <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Defendant-Appellee JP Morgan Chase Bank's unopposed motion for case *James Badame v. JP Morgan Chase Bank, N.A.* No. 14-55789, to be heard in tandem with *Deschaine v. IndyMac Mortgage Services*, No. 14-15345 is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk